UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAIL MORA,<br><br>Plaintiff,<br><br>v.<br><br>MINER et al.,<br><br>Defendants. | No. 2:23-cv-06034-SB-DFM<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the U.S. Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

This is a final judgment.

Date: September 25, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge